1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10   ESEQUIEL ZAMORA,              )  CASE NO. CV 12-3798-MWF (PJW)
                                   )
11              Petitioner,        )
                                   )
12        v.                       )  ORDER ACCEPTING REPORT AND
                                   )  RECOMMENDATION OF UNITED STATES
                                   )  MAGISTRATE JUDGE AND DENYING
13   M.D. BITER, WARDEN,           )  CERTIFICATE OF APPEALABILITY
                                   )
14              Respondent.        )
     _____)

15

16        Pursuant to 28 U.S.C. Section 636, the Court has reviewed the

17   Petition, records on file, and the Report and Recommendation of the

18   United States Magistrate Judge.  Further, the Court has engaged in a

19   *de novo* review of those portions of the Report to which Petitioner has

20   objected.  The Court accepts the findings and recommendation of the

21   Magistrate Judge.

22        Further, for the reasons stated in the Report and

23   Recommendation, the Court finds that Petitioner has not made a

24   substantial showing of the denial of a constitutional right and

25   therefore, a certificate of appealability is denied.  *See* 28 U.S.C.

26

27

28

1  § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S.

2  322, 336 (2003).

3

4  DATED:    <u>May 8, 2013</u>

5

6  _____

7  MICHAEL W. FITZGERALD
   UNITED STATES DISTRICT COURT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  C:\Temp\notesE1EF34\CV12-3798-PJW-order.wpd