UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ESEQUIEL ZAMORA, | ) | CASE NO. CV 12-3798-MWF (PJW) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| M. D. BITER, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  May 8, 2013

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT COURT JUDGE

C:\Temp\notesE1EF34\CV12-3798-PJW-judgment.wpd